

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00123-CV

Michael **MIDDLETON**,
Appellant

v.

**TEMPLETON MORTGAGE CORPORATION** and Gary M. Poenisch,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 10-422
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: January 13, 2021

DISMISSED FOR WANT OF PROSECUTION

On November 18, 2020, we issued a show cause order instructing appellant to file, on or before December 3, 2020, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee was not significantly injured by appellant's failure to timely file a brief. We notified appellant that if he failed to file a brief and the written response by the date ordered, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); 42.3(a), (c). Appellant failed to respond to our order. Therefore, we dismiss

this appeal for want of prosecution. *See id*. 42.3(a), (c). Costs of appeal are taxed against Appellant.

PER CURIAM